Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com

*Attorneys for Plaintiff Wilmington Trust, NA, Successor Trustee to Citibank, N.A. as Trustee F/B/O Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-6, Mortgage Pass-Through Certificates Series 2006-6*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6,<br><br>Plaintiff,<br><br>vs.<br><br>ZHK INC., a Nevada corporation; SILVER STREAM ADVISORS, LLC, a Utah limited liability company; CHEYENNE HILLS AT SOUTHFORK OWNERS ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:17-cv-00705-RFB-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS REPLY IN SUPPORT OF THE MOTION TO CONSOLIDATE AND ITS RESPONSE TO DEFENDANT ZHK'S COUNTERMOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Wilmington Trust, N.A., Successor Trustee to Citibank, N.A. as Trustee F/B/O Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-6, Mortgage Pass-Through Certificates Series 2006-6 ("Wilmington Trust") and Defendant ZHK, Inc. ("ZHK" and together the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly request that

DMWEST #16502800 v1

this Court extend Wilmington Trust's time to file a reply in support of its Motion to Consolidate (ECF. No. 26) and to respond to ZHK's countermotion to dismiss raised in ZHK's Opposition to Motion to Consolidate and Countermotion to Dismiss (ECF. No. 27).

Wilmington Trust filed its Motion to Consolidate on April 25, 2017. ZHK filed its Opposition to Motion to Consolidate and Countermotion to Dismiss on May 9, 2017. Plaintiff's reply in support of the Motion to Consolidate is currently due on May 16, 2017 and its response to the Countermotion to Dismiss is currently due on May 23, 2017.

The Parties have conferred and agree that Wilmington Trust's deadline to file a reply in support of the Motion to Consolidate and its response to the Countermotion to Dismiss shall be extended until May 30, 2017.

Dated this 15th day of May.

| BALLARD SPAHR LLP | MORRIS LAW CENTER |
|---|---|
| By: /s/ Sylvia Semper<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Sylvia O. Semper<br>Nevada Bar No. 12863<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Sarah A. Morris<br>Sarah A. Morris<br>Nevada Bar No. 8461<br>Brian A. Morris<br>Nevada Bar No. 11217<br>6805 W. Twain Avenue, Suite 201<br>Las Vegas, Nevada 89103 |
| *Attorneys for Wilmington Trust, N.A., Successor Trustee to Citibank, N.A.* | *Attorneys for Defendant, ZHK, Inc.* |

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge

DATED this 18th day of May, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS REPLY IN SUPPORT OF THE MOTION TO CONSOLIDATE AND ITS RESPONSE TO DEFENDANT ZHK'S COUNTERMOTION TO DISMISS** was served this 15th day of May, 2017 upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF filing system.

/s/ Charlie Bowman
*An employee of Ballard Spahr LLP*

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #16502800 v1