UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILMINGTON TRUST, N.A.,

    Plaintiff(s),

v.

ZHK INC., et al.,

    Defendant(s).

Case No.: 2:17-cv-00705-RFB-NJK

**ORDER**

[Docket No. 75]

Pending before the Court is a joint motion to extend. Docket No. 75. The motion is properly decided without a hearing, *see* Local Rule 78-1, and the hearing that was previously set is hereby **VACATED**.

The pending request requires a showing of "good cause," Local Rule 26-4, which is established when the current deadlines cannot reasonably be met despite the parties' diligence. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The showing of good cause here is a weak one. In particular, the parties have not sufficiently explained why the remaining depositions cannot be completed within the time left in the current discovery period. Moreover, the parties' diligence to date is questionable. Nonetheless, <u>as a one-time courtesy to the parties</u>, the Court will allow a 14-day extension to the current deadlines.

Accordingly, the motion to extend is **GRANTED** in part and **DENIED** in part. Deadlines are hereby **EXTENDED** as follows:

- Discovery cutoff: August 27, 2018
- Dispositive motions: September 26, 2018

1

- Joint proposed pretrial order: October 26, 2018

IT IS SO ORDERED.

Dated: July 27, 2018

_____
Nancy J. Koppe
United States Magistrate Judge