ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 6109
rrobbins@robbinslawfirm.legal
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
elowell@robbinslawfirm.legal
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for Cheyenne Hills Homeowners Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6,<br><br>    Plaintiff,<br>vs.<br><br>ZHK INC., a Nevada limited liability company; SILVER STREAM ADVISORS, LLC, a Utah limited liability company; CHEYENNE HILLS AT SOUTHFORK OWNERS ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>    Defendants. | CASE NO.: 2:17-cv-00705-RFB-NJK<br><br><br><br><br><br><u>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF (ECF 82)**</u><br><br>**(First Request)** |
| CHEYENNE HILLS AT SOUTHFORK OWNERS ASSOCIATION, INC.,<br><br>    Third-Party Plaintiff,<br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>    Third-Party Defendant. | |
| ZHK INC.,<br><br>    Counter-Claimant,<br><br>vs. | |

1

|   |
|---|
| WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6, <br><br> Counter-Defendant. |
| ZHK INC., <br><br> Cross-Claimant, <br><br> vs. <br><br> CHEYENNE HILLS AT SOUTHFORK OWNERS ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC., <br><br> Cross-Defendant. |

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF (ECF 82)

Plaintiff/Counterdefendant , ZHK Inc. ("ZHK"), Defendant/Counterclaimant WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6, and Defendant/Cross-Defendant/Third-Party Plaintiff, CHEYENNE HILLS AT SOUTHFORK OWNERS ASSOCIATION, INC. ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On September 26, 2018, ZHK filed its motion for summary judgment as to the HOA's liability (ECF 82) ("Motion") and its request for judicial notice in support of summary judgment (ECF 83).

Because of heavy workloads and the HOA's continuing negotiations with insurance the Parties have discussed extending the deadline for the HOA to file a response to the Motion for a brief period, up to and including October 31. This is the first stipulation for extension of time for the deadline to oppose the Motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadlines to oppose ZHK's Motion (ECF No. 82) shall be extended to October 31, 2018.

DATED this 18th day of October, 2018.

**ROBBINS LAW FIRM**

*/s/ Elizabeth Lowell*

Robert T. Robbins, Esq. (6109)
Elizabeth Lowell, Esq. (8551)
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
702.889.6665
702.889.6664
*Counsel for the HOA*

DATED this 18th day of October, 2018

MORRIS LAW CENTER

/s/ Timoth A. Wiseman
Sarah A. Morris, Esq.
Nevada Bar No. 8461
Brian A. Morris, Esq.
Nevada Bar No. 11217
Timothy A. Wiseman, Esq.
Nevada Bar No. 13786
5450 W. Sahara Ave., Suite 33
Las Vegas, NV 89146
702.850.7798
702.850.7998
*Counsel for ZHK*

1 | DATED this 18th day of October, 2018
2 | BALLARD SPAHR LLP
3 |
4 | */s/ Scott Wiseman*
Abran E. Vigil, Esq.
Nevada Bar No. 7548
5 | Scott Wiseman. Esq.
Admitted pro hac vice
6 | One Summerlin
1980 Festival Plaza Dr., #900
7 | Las Vegas, NV 89135
702.471.7000
8 | 702.471.7070
*Counsel for Wilmington*

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
United States District Court
Dated this 22nd of October, 2018